IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GOSECURE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00526-RP |
| CROWDSTRIKE, INC., and CROWDSTRIKE HOLDINGS, INC., | ) |
| Defendants. | ) |

**JOINT QUARTERLY STATUS REPORT RE: INTER PARTES REVIEW**

Pursuant to the Court's December 11, 2024 Order (Dkt. 54), the parties hereby provide the following report on the status of Defendant CrowdStrike, Inc.'s ("CrowdStrike's") petitions for *inter partes* review of U.S. Patent Nos. 9,954,872 ("'872 patent") and 9,106,697 ("'697 patent") (collectively, the "asserted patents").

CrowdStrike filed four petitions for inter partes review of the two asserted patents (i.e., two petitions challenging the '872 patent and two petitions challenging the '697 patent): IPR2025-00067 and -00069 (relating to the '697 patent), and IPR2025-00068 and -00070 (relating to the '872 patent).

With respect to the '872 patent, on August 13, 2025 the PTAB granted review in IPR2025-00070 against all challenged claims and denied institution in IPR2025-0068. Under 35 U.S.C. § 316(a)(11), the Board's Final Written Decision in IPR 2025-00070 is due by August 13, 2026. The PTAB initially granted institution on both IPR2025-00068 and IPR2025-00070 on May 2, 2025. Two weeks later, Plaintiff GoSecure, Inc. ("GoSecure") requested that the Acting Director of the USPTO review the institution decisions. On June 25, 2025, the Acting Director vacated both institution decisions and remanded to the PTAB for further

1

2

proceedings with instructions "to determine which of the two proceedings, if any, to institute." On August 25, 2025, GoSecure submitted a second request that the Acting Director of the USPTO review the institution decision in IPR2025-00070, and that request remains pending.

With respect to the '697 patent, the PTAB denied institution on IPR2025-00067 and IPR2025-00069 on May 6, 2025 and May 9, 2025, respectively. On June 5, 2025, CrowdStrike requested reconsideration of those denials by the PTAB panel, and those requests also remain pending.

Dated: September 15, 2025                     Respectfully submitted,

By: */s/ James L. Day (by permission)*                By: */s/ S. Giri Pathmanaban*

    James L. Day (admitted *pro hac vice*)
    Erik C. Olson (admitted *pro hac vice*)
    Winston Liaw (admitted *pro hac vice*)
    FARELLA BRAUN + MARTEL LLP
    One Bush Street, Suite 900
    San Francisco, California 94104
    Telephone: (415) 954-4400
    Fax: (415) 954-4480
    jday@fbm.com
    eolson@fbm.com
    wliaw@fbm.com

    Deron R. Dacus (SBN 00790553)
    THE DACUS FIRM, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, Texas 75701
    Telephone: (903) 705-1117
    Fax: (903) 581-2543
    ddacus@dacusfirm.com

    *Counsel for Defendants CrowdStrike, Inc. and CrowdStrike Holdings, Inc.*

    S. Giri Pathmanaban (SBN 24074865)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    1841 Page Mill Rd
    Palo Alto, CA 94304
    Email: gpathmanaban@cgsh.com
    Telephone: 650-815-4100
    Facsimile: 650-815-4199

    Clement Naples (admitted *pro hac vice*)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
    New York, New York 10006
    Email: cnaples@cgsh.com
    Telephone: 212-225-2000
    Facsimile: 212-225-3999

    Daniel S. Todd (admitted *pro hac vice*)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2112 Pennsylvania Avenue, NW
    Washington, DC 20037
    Email: dtodd@cgsh.com
    Telephone: 202-974-1500
    Facsimile: 202-974-1999

    *Counsel for Plaintiff GoSecure, Inc.*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 15, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this Joint Quarterly Status Report re Inter Partes Reviews via the Court's CM/ECF system.

Dated: September 15, 2025            Respectfully submitted,

                                            By: */s/ S. Giri Pathmanaban*

                                                 S. Giri Pathmanaban